IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01036-AP

BEVERLY O. BAIR,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Diane Craven, Esq.<br>McDivitt Law Firm<br>19 E. Cimarron Str.<br>Colorado Springs, CO 80903<br>Telephone: (719) 471-3700<br>FAX: (719) 471-9782<br>dcraven@mcdivittlaw.com | Troy Eid<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: 5/16/08.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 5/20/08
    C.    Date Answer and Administrative Record Were Filed: 7/17/08.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** This case involves no unusual claims.
**Defendant states:** This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of her opening brief is filed.

**Defendant states**: To the best of his knowledge, there are no other matters.

## 8. BRIEFING SCHEDULE

- A. **Plaintiff's Opening Brief Due: 9/26/08**
- B. **Defendant's Response Brief Due: 10/24/08**
- C. **Plaintiff's Reply Brief Due: 11/07/08**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

- A. **Plaintiff's Statement:** Oral Argument is not requested.
- B. **Defendant's Statement:** Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

- A. **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
- B. **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES

MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED: August 11, 2008

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| s/ Diane K. Craven 8/7/08 | Troy Eid |
|---|---|
| Diane Craven, Esq. | UNITED STATES ATTORNEY |
| McDivitt Law Firm | |
| 19 E. Cimarron Str. | Kevin Thomas Traskos |
| Colorado Springs, CO 80903 | Assistant U.S. Attorney |
| Telephone: (719) 471-3700 | kevin.traskos@usdoj.gov |
| FAX: (719) 471-9782 | |
| dcraven@mcdivittlaw.com | s/ Allan D. Berger 8/7/08 |
| | Allan Berger |
| Attorney for Plaintiff | Special Assistant U.S. Attorney |
| | 1961 Stout St., Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-2149 |
| | Fax: (303) 844-0770 |
| | allan.berger@ssa.gov |
| | |
| | Attorneys for Defendant |